IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARILYN BULLOCK, et al.** | * |
| Plaintiffs, | * |
| v | * Civil Action No. 05-0142-CG-D |
| **KENNETH J. FRANK, M.D., et al.** | * |
| Defendants. | * |

**ORDER**

The matter is before the court on Defendant David N. Chandler's Motion to Dismiss (Doc. 16) filed on July 11, 2005. Plaintiffs were twice granted extensions of time to file a response in opposition (see Docs. 21 & 23); however, a response has not been filed to date. The court views plaintiffs' non-response as conceding the issue, and hereby **GRANTS** the motion to dismiss. Therefore, plaintiffs' claims against David N. Chandler are hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 4th day of October, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE