IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARILYN BULLOCH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO 05-0142-CG-D** |
| ) | |
| **KENNETH J. FRANK, M.D.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated the 14th day of November, 2005, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 8th of December, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE